UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| ARKADIUSZ TRUCHALSKI, ) | |
| ) | No. 04 CR 778-15 |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| ALLIANCE PENSION CONSULTANTS, ) | |
| ) | |
| Third-Party Respondent. ) | |

**MOTION OF THE UNITED STATES FOR TURNOVER ORDER**

The United States of America, by John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, moves for a turnover order, and in support states as follows:

1. The court entered a restitution judgment against defendant Arkadiusz Truchalski on August 1, 2007. As of May 29, 2018, Truchalski has an outstanding balance of $166,137.48.

2. The United States may use any federal or state procedure to enforce the judgment. 18 U.S.C. §§ 3613(a) and (f). A citation to discover assets directed to the respondent Alliance Pension Consultants was issued on May 3, 2018 and Truchalski, was served on May 4, 2018, with statutory notice.

3. Third-party citation respondent Alliance Pension Consultants answered the citation to discover assets on May 10, 2018. A copy of the answer is attached as Exhibit A. Alliance Pension Consultants served Truchalski with a copy of the answer as reflected in paragraph 8 of the answer. Alliance Pension Consultants stated that at the time the citation was served it had in its possession or under its control, property belonging to Truchalski. Based upon Alliance Pension

Consultants's answer, the United States is entitled to the current liquidated value of the account belonging to Truchalski, the value of which was $11,562.47 at the time of the answer, which represents Truchalski's interest in the 401(k) Retirement Plan being held by the respondent, which is not exempt from garnishment. 18 U.S.C. § 3613(a) and 26 U.S.C. § 6334.

4. The Clerk of the Court collects all payments on monetary penalties imposed in criminal cases; accordingly, all payments should have "No. 04 CR 778-15" written in the lower left corner of the check and be submitted to: Clerk of the Court, U.S. District Court, Northern District of Illinois, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604

5. The United States has provided all notices required by law.

WHEREFORE, the United States requests entry of a turnover order directing the respondent, Alliance Pension Consultants , to liquidate and submit to the Clerk of the Court the liquidated value of the 401(k) account, minus any mandatory tax withholdings, which represents Truchalski's non-exempt interest in the 401(k) Retirement Plan, to be applied to the outstanding judgment.

    Respectfully submitted,

    JOHN R. LAUSCH, Jr.
    United States Attorney

    By: s/ Elizabeth A. Wilson
        ELIZABETH A. WILSON
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        312-353-5331
        elizabeth.wilson2@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Arkadiusz Truchalski, )<br>)<br>Defendant, )<br>------------------------------------------------- )<br>Alliance Pension Consultants, )<br>)<br>Third-Party Citation Respondent. )<br>) | No. 04 CR 778-15<br><br>Judge Der-Yeghiayan |

**Answer of Third Party Citation Respondent**

I, Theresa Piotrowski, a Principal of Respondent, Alliance Pension Consultants, LLC, state under penalty of perjury as follows:

The Respondent is a Limited Liability Corporation organized under the laws of the State of Illinois.

On May 8, 2018, Respondent was served with the Third Party Citation to Discover Assets. With respect to the judgment debtor, Arkadiusz Truchalski, on the day Respondent was served with the Citation, Respondent had in its possession or control the following property of the judgment debtor:

1. **Financial Accounts**

   Account 1:
   Account Type:        401(k) Plan
   Account No.:         _____
   Amount:              $11,562.47
   Amount Withheld:     _____

2. **Safety Deposit Box**:    N/A

3. Detail other personal property in the respondent's possession or control:    N/A

Exhibit A

4. Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony?

    Yes:_____   No:___X___

5. Does the Respondent have custody, control or possession of any property, other than accounts, safety deposit boxes or other personal property, now owed or to be paid in the future, in which the judgment debtor has an interest?

    Yes:_____   No:___X___

6. Check and complete the applicable line below if you deny that you hold property subject to this Citation to Discover Assets: __N/A__

7. The original Answer must be delivered in person or sent by first-class mail to the United States Attorney's Office, Financial Litigation Unit, 209 South Dearborn Street, 5th Floor, Chicago, Illinois 60604.

8. The Respondent mailed a copy of this Answer by first-class mail to: __the Defendant, Arkadiusz Truchalski, at_____

## VERIFICATION

Pursuant to 28 USC § 1746, I verify under penalty of perjury that the foregoing is true and correct. Executed this 10th day of May, 2018.

Theresa Piotrowski
Theresa E. Piotrowski
(Please print and sign name)

Phone No. 847.205.4551

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) ) ) | No. 04 CR 778-15 |
| v. | ) ) | Judge Der-Yeghiayan |
| Arkadiusz Truchalski, | ) ) | |
| Defendant, | ) ) | |
| ------------------------------------------------ | ) | |
| Alliance Pension Consultants, | ) ) | |
| Third-Party Citation Respondent. | ) ) | |

**DECLARATION OF CUSTODIAN OF RECORDS**

I, Theresa Piotrowski, Principal, hereby declare under penalty of perjury that the following statements are true and correct to the best of my knowledge and belief:

1. I am a duly authorized custodian of records in the employ of Alliance Pension Consultants, with authority to certify said records.

2. The accompanying records are the originals or true copies of records made and kept in the regular scope and course of my employer's regularly conducted activity and constitute all of the records called for in the citation heretofore served in this matter.

3. The entries contained in the original records were prepared by persons having actual knowledge thereof or with information transmitted by a person with actual knowledge, at or near the times of the occurrences of the matters which they purport to describe.

SIGNED AND EXECUTED

This 10th day of May, 2018

*Theresa E. Piotrowski* (signature)
Name: Theresa Piotrowski
Custodian of Records for: Alliance Pension Consultants