UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| ARKADIUSZ TRUCHALSKI, ) | |
| ) | No. 04 CR 778-15 |
| Defendant, ) | |
| ) | Judge Kendall |
| and ) | |
| ) | |
| ALLIANCE PENSION CONSULTANTS, ) | |
| ) | |
| Third-Party Respondent. ) | |
| ) | |

## TURNOVER ORDER

This matter is before the court on the United States of America's motion for a turnover order. The court has reviewed the motion and finds as follows:

1. Judgment was entered in this case in favor of the United States and against defendant Arkadiusz Truchalski and the outstanding balance is $166,137.48 as of May 29, 2018.

2. Third-party respondent Alliance Pension Consultants stated in its answer to a citation to discover assets that it had property belonging to Truchalski under its possession or control. The United States is entitled to the current value of the account belonging to Truchalski, the value of which was about $11,562.47 at the time of the answer, which represents the defendant's interest in the 401(k) Retirement Plan, which is not exempt from garnishment, being held by the respondent. 18 U.S.C. § 3613(a) and 26 U.S.C. § 6334.

3. The Clerk of the Court collects all payments on monetary penalties imposed in criminal cases. Accordingly, all payments should have "No. 04 CR 778-15" written in the lower left corner of the check and be submitted to: Clerk of the Court, U.S. District Court, Northern

District of Illinois, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604. Accordingly, it is hereby

ORDERED that the respondent, Alliance Pension Consultants , shall liquidate and submit to the United States the liquidated value of the 401(k) Retirement Plan belonging to Arkadiusz Truchalski, minus any mandatory tax withholdings, which represents Truchalski's interest in the account, which is not exempt from garnishment, to be applied to his outstanding judgment.

Date: June 11, 2018

E N T E R:

_____
Hon. Virginia M. Kendall
United States District Judge